IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>KENNETH J. WAGNER )<br>) | **03CR 10364 RWZ**<br>CRIMINAL ACTION NO.<br><br>VIOLATION:<br>18 U.S.C. §1001(a)(3)<br>(False Statements) |

INDICTMENT
COUNT ONE
(18 U.S.C. §1001(a)(3))
(FALSE STATEMENTS)

The Grand Jury charges:

On or about September 5, 2001, in the District of Massachusetts,

**KENNETH J. WAGNER,**

the defendant herein, in a matter within the jurisdiction of the executive branch of the government of the United States, did make and use a false writing and document, to wit, Form 8500, knowing the same to contain materially false, fictitious, and fraudulent statements and entries.

All in violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL

*[signature]* 10/3/03
FOREPERSON OF THE GRAND JURY


*[signature]*
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS @ 2:36pm   December 3, 2003

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk