≊AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| KENNETH J. WAGNER | Case Number: 03-10364-RWZ |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| United States District Court | Courtroom 23 |
| John Joseph Moakley U.S. Courthouse, 1 Courthouse Way | |
| Boston, Massachusetts 02210 | Date and Time |
| Before:   Lawrence P. Cohen, United States Magistrate Judge | December 16, 2003 at 2:00 p.m. |

To answer a(n)

x  Indictment      G  Information      G  Complaint      G  Violation Notice      G  Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   18 U.S.C. § 1003(a)(3)

Brief description of offense:
Making and using false writings and documents, to wit: (Form 8500), in a matter within the jurisdiction of the executive branch of the government of the United States

**The defendant, Kenneth J. Wagner, shall first report to Pretrial Services, Room 1300, United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210, at 12:00 Noon**

_[signature]_                                                                   December 4, 2003

Signature of Issuing Officer                                                    Date

Lawrence P. Cohen, United States Magistrate Judge

Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Date<br>Service was made by me |
| Check one box below to indicate appropriate method of service |
| G   Served personally upon the defendant at: |
| G   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was |
| G   Returned unexecuted: |

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.


Returned _____          _____
         Date                              Name of United States Marshal

                                           _____
                                           (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.