# UNITED STATES DISTRICT COURT

———————————— District of ————————————

## APPEARANCE

CASE NUMBER: CR 1:03-10364 RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Kenneth Wagner

I certify that I am admitted to practice in this court.

12/16/03
Date

*(Signature)*

James Budreau   553391
Print Name                              Bar Number

20 Park Plaza Suite 905
Address

Boston         MA         02116
City           State      Zip Code

617 227 3700        617 338 9538
Phone Number                            Fax Number