IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| KENNETH WAGNER | NO. 03-10364-RWZ |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
FOR MODIFICATIONS OF PRE-TRIAL RELEASE**

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Government's Opposition to Defendant's Motion for Modification of Pre-trial Release Conditions as follows:

The government opposes any modification of the conditions of release which would permit the Defendant to leave the District of Massachusetts without prior notification to Pre-Trial Services.

The government opposes any modification of the conditions of release which would permit the Defendant to reside outside of the District of Massachusetts without prior notification to Pre-Trial Services.

The government notes that the Defendant provides no contact information, and no travel or residence information within the motion.

While the government had no opposition to the personal recognizance at the time of the initial appearance, that was based upon the fact that the Defendant was living within the District and could be contacted by Pre-Trial Services.

Therefore, the government respectfully requests that the court deny this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

James H. Budreau, Esq.
Oteri, Weinberg & Lawson, PA
20 Park Plaza, Suite 905
Boston, MA 02116

This 23rd day of March, 2004.

/s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney