UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 03-10363-RWZ
)
KENNETH WAGNER )

**KENNETH WAGNER'S MOTION TO CONTINUE THE FINAL STATUS DATE
AND FOR LEAVE TO FILE A MOTION TO SUPPRESS**

Now Comes, defendant, Kenneth Wagner, who respectfully moves

this Court to continue his final status date from April 6, 2004

to a date in early May 2004 that is convenient for the Court and

for leave to file a Motion to Suppress.  As grounds for this

request, defendant states the following:

1.  A new U.S. Supreme Court case entitled <u>Fellers v. United

States</u>, 124 S.Ct. 1019 (January 26, 2004) found that eliciting

statements from a defendant post indictment was a Sixth Amendment

violation if counsel was not present or a waiver of counsel was

not obtained.

2.  The government has provided defendant with his statement

made to the DOT investigators on December 4, 2003.  Before he

made a statement, the investigators served him with an indictment

for the instant case.  See Wagner Statement attached as Exhibit

A.

3.  The government agents then proceeded to inquire with him

about his alleged false statements without counsel being present

1

and without obtaining a waiver of counsel.  See Exhibit A.  See Affidavit of Kenneth Wagner attached as Exhibit B.  This was all done in violation of Fellers.

4.    Wherefore, defendant would like to file a Motion to Suppress with Memorandum by April 16, 2004.  Defendant suggests that the government should respond two weeks thereafter.

5.    Defense counsel is on trial before Judge O'Toole during the week of May 3rd.  Counsel will be appearing before Judge Alexander on May 5, 2004 at 3:30 pm for a conference on another case.  If this Court and the government finds 3:00 pm on May 5th convenient, then he suggests that as a date for the Final Status Conference in the above referenced case.

6.    Counsel has attempted to contact AUSA Pellegrine to discuss the above issues, but without success.

7.    Defendant agrees to waive all time from April 6, 2004 to the new date ordered by the Court pursuant to the Speedy Trial Act.

Wherefore, defendant moves this Court to grant his motion for the reasons stated above.

Respectfully submitted,
BY HIS ATTORNEY,

2

_____
JAMES H. BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

    I hereby certify that a true and correct copy of the foregoing document was served by hand on the 25th day of March 2004 to Assistant U.S. Nadine Pellegrini.

_____
James H. Budreau

3