UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10364-RWZ

UNITED STATES OF AMERICA

v.

KENNETH WAGNER

FINAL STATUS REPORT

April 21, 2004

COHEN, M.J.

A Final Status Conference was held before this court on April 21, 2004, pursuant to the provisions of Local Rule 116.5(A). As a Final Status Report, this court enters the following report: and/orders, to wit:

1. All discovery is complete. The defendant has filed a motion to suppress (# 24). The government has been ordered to file a response to that motion on or before the close of business, April 30, 2004;

2. There will be a trial in this case. The parties estimate that the trial will last no more than six trial days;

3. Based upon prior orders of this Court, this court finds and concludes that only fourteen (14) days have elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings, including disposition of the motion to suppress upon the filing of an opposition as set forth in Paragraph 1, above.

_____

UNITED STATES MAGISTRATE JUDGE

-2-