UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 03-10363-RWZ |
| ) | |
| KENNETH WAGNER ) | |

**KENNETH WAGNER'S WITNESS LIST**

Now Comes Kenneth wagner, who respectfully provides the following list of witnesses that he intends to call at trial. Defendant respectfully reserves the right to amend this list.

| Name | DOB | Address |
|---|---|---|
| 1. Charles Milan | 7/23/46 | 3 Robb Road, Beverly, MA |
| 2. James Peterson | | 33 Bay Farm Drive, Plymouth, MA |
| 3. Eric Anderson | 9/30/75 | 813 Long Pond Rd., Plymouth, MA |
| 4. Matthew McCluskey | 10/30/66 | 4 Philip Circle, Plymouth, MA |
| 5. Richard Johnson | | 544 Winter Street, Hanson, MA |
| 6. Keeper of Records FAA | | |
| 7. Kathleen Wagner | 7/17/60 | 465 Lunns Way, Plymouth, MA |

Respectfully submitted,
BY HIS ATTORNEY,

1

_____
JAMES H. BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

    I hereby certify that a true and correct copy of the foregoing document was served by U.S. mail, first class, on the 27th day of July 2004 to Assistant U.S. Nadine Pellegrini by hand.

_____
James H. Budreau

2

# JAMES H. BUDREAU
### ATTORNEY AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

www.federal-lawyers.com

OTERI, WEINBERG & LAWSON
OF COUNSEL

FILED
CLERKS OFFICE

2004 JUL 29 P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

July 27, 2004

Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

Re:  United States v. Kenneth Wagner, Dkt# 03-10364-RWZ

Dear Sir/Madam:

　　Please find enclosed for filing the following Motions on behalf of defendant Kenneth Wagner:

　　1.  Kenneth Wagner's Witness List.

　　I have served the first document upon AUSA Nadine Pellegrine.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　James Budreau