IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        :
                              :      CRIMINAL ACTION
           v.               :
                              :      NO. 03-10364-RWZ
KENNETH WAGNER             :

### GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant United States Attorneys Nadine Pellegrini, hereby submit this Proposed Witness List in the above-captioned action. The government reserves the right to supplement, modify, or withdraw from this list.

1. Karen Kew, Staff Specialist, Federal Aviation Administration.

2. Dr. Paul Clark, Regional Flight Surgeon, Federal Aviation Administration.

3. Bettina M. Peronti, Air Traffic Manager, Boston Air Traffic Control Tower.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney