UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 03-10363-RWZ |
| | ) | |
| KENNETH WAGNER | ) | |

**KENNETH WAGNER'S SECOND WITNESS LIST**

Now Comes Kenneth wagner, who respectfully provides the following updated list of witnesses that he intends to call at trial. Defendant respectfully reserves the right to amend this list.

| Name | DOB | Address |
|---|---|---|
| 1. Charles Milan | 7/23/46 | 3 Robb Road, Beverly, MA |
| 2. James Peterson | | 33 Bay Farm Drive, Plymouth, MA |
| 3. Eric Anderson | 9/30/75 | 813 Long Pond Rd., Plymouth, MA |
| 4. Matthew McCluskey | 10/30/66 | 4 Philip Circle, Plymouth, MA |
| 5. Richard Johnson | | 544 Winter Street, Hanson, MA |
| 6. Keeper of Records FAA | | |
| 7. Kathleen Wagner | 7/17/60 | 465 Lunns Way, Plymouth, MA |
| 8. Peter Sullivan | | |

Respectfully submitted,
BY HIS ATTORNEY,

1

_____
JAMES H. BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

    I hereby certify that a true and correct copy of the foregoing document was served by hand on the 2nd day of August 2004 to Assistant U.S. Nadine Pellegrini by hand.

_____
James H. Budreau

2