IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 03-10364-RWZ |
| KENNETH WAGNER | | |


### GOVERNMENT'S SECOND PROPOSED WITNESS LIST

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant United States Attorneys Nadine Pellegrini, hereby submit this Proposed Witness List in the above-captioned action.  The government reserves the right to supplement, modify, or withdraw from this list.

1. Karen Kew, Staff Specialist, Federal Aviation Administration.

2. Dr. Paul Clark, Regional Flight Surgeon, Federal Aviation Administration.

3. Bettina M. Peronti, Air Traffic Manager, Boston Air Traffic Control Tower

4. Dr. Richard Weiner, M.D.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nadine Pellegrini
Assistant U.S. Attorney


<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing.

James Budreau, Esq.
20 Park Plaza

This 5th day of August, 2004.


_____
Nadine Pellegrini
Assistant U.S. Attorney