```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10364-RWZ |
| | ) | |
| | ) | |
| KENNETH WAGNER | ) | |

**PROPOSED EXHIBIT LIST**

The United States of America, by United States Attorney Michael J. Sullivan and Assistant United States Attorney Nadine Pellegrini, hereby submits its Proposed Exhibit List in the above-captioned action. The government reserves the right to supplement, modify, or withdraw this list.[1]

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | FAA Medical File for Kenneth Wagner |
| 2 | Form 8500 Airmen's Medical Certificate dated 9/5/01 for Kenneth Wagner |
| 2a. | Form 8500 Airmen's Medical Certificate dated 9/28/99 for Kenneth Wagner |
| 3 | 5/6/03 Memo from Karen Kew |
| 4 | 5/12/03 Action from Dr. Clark to Kenneth Wagner |

---

[1] With respect to those exhibits which come from the medical file, the government requests the a copy of the original be entered into the record so that the original document may remain with the Medical Folder. In addition, the government has provided a redacted version of Form 8500 to remove that portion which lists the penalties for a violation of 18 U.S.C. §1001.

| | |
|---|---|
| 5 | 5/13/03 Notes from Dr. Clark |
| 6 | 5/23/03 Letter from Kenneth Wagner to Dr. Clark |
| 7 | 5/29/03 Memo re: Medical Status |
| 8 | 5/30/03 Memo: Medical Status |
| 9 | June 9, 2003 letter from Kenneth Wagner to Dr. Clark re: medical records |
| 10 | Certified Medical Records for Kenneth Wagner from Dr. Richard Weiner |
| 11 | Kenneth Wagner's letter to Sen. Edward Kennedy dated November 30, 2003 |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Nadine Pellegrini
      Nadine Pellegrini
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

James Budreau, Esq.
20 Park Plaza
Boston, MA   02116

This 6th day of August, 2004.

/s/Nadine Pellegrini
Nadine Pellegrini
Assistant United States Attorney