UNITED STATES DISTRICT COURT
       DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KENNETH WAGNER )| Cr. No. 03-10364-RWZ |

### KENNETH WAGNER'S PROPOSED JURY QUESTIONS

Defendant, through his undersigned counsel, moves this court to inquire with the prospective jurors using the following questions in addition to those traditionally asked by the Court.

1. Are you or any friends or family members being treated for depression?

2. Do you have any biases against people who are being treated for depression or who are using medications for treating depression or mental health disorders?

3. Based upon your experiences in life, do you believe that you could be fair and impartial in rendering a verdict in this case given that the government is alleging that a Logan Airport flight controller falsified a document by omitting information that he was depressed and had been prescribed medications for that purpose.

                                        Respectfully submitted,
                                        BY HIS ATTORNEY,

_____
JAMES H. BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA        02116
(617) 227-3700

I hereby certify that a true and correct copy of the foregoing document was served by hand on this 8th day August 2004 to Assistant U.S. Nadine Pellegrini by hand.

_____
James H. Budreau